LAW OFFICES
# BINDER AND BINDER®
A PROFESSIONAL CORPORATION
215 PARK AVENUE SOUTH
6TH FLOOR
NEW YORK, NEW YORK 10003

(212) 677-6801
FAX (646) 273-2196

HARRY J. BINDER
CHARLES E. BINDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

April 17, 2008

Honorable Henry B. Pitman
United State Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Via Facsimile: 212-805-6111

Re:   **Robert C. Adamik v. Commissioner of Social Security**
      Civil Action No.: 1:07-cv-10283 (JSR)(HBP)

Dear Judge Pitman:

Assistant U.S. Attorney Susan Branagan was contacted and she has graciously consented to the following briefing schedule. Should the schedule meet with Your Honor's approval, the briefing schedule will be as follows:

   Plaintiff's Brief due on or before May 5, 2008;
   Defendant's Brief due on or before June 3, 2008;
   Plaintiff's Reply due on or before June 17, 2008 and
   Any sur-reply would be due two weeks after Plaintiff's Reply Brief is filed.

Thank you for your consideration of this matter and parties respectfully request that Your Honor grant the above briefing schedule.

Respectfully yours,

Charles E. Binder
CEB/ao

cc:   Susan Branagan, Esq.
      Assistant U.S. Attorney
      Via Facsimile: (212) 637-2750

*The schedule proposed herein is approved*

SO ORDERED

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE