```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ROBERT ADAMIK,                      :
                                    :
            Plaintiff,              :
                                    :
       -v-                          :    07 Civ. 10283 (JSR)
                                    :
MICHAEL J. ASTRUE, Commissioner of  :    ORDER
Social Security,                    :
                                    :
            Defendant.              :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-10

JED S. RAKOFF, U.S.D.J.

On August 3, 2009, the Honorable Henry Pitman, United States Magistrate Judge, issued a thorough and well-reasoned Report and Recommendation ("Report") in the above-captioned matter recommending that the Court remand this case to the Administrative Law Judge ("ALJ") with instructions to further develop the record and to conduct further administrative proceedings as the Commissioner deems appropriate.

Neither party has filed any objection to the Report, and, for that reason alone, the parties have waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report, and, for the reasons stated therein, remands this case to the ALJ for further consideration as described in the Report. The Clerk of Court

is directed to close this case pursuant to sentence four of §42 U.S.C. 405(g)

SO ORDERED.

Dated: New York, NY
       April 6, 2010

                                        JED S. RAKOFF, U.S.D.J.

2